IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 726,602.61971034 TETHER CRYPTO CURRENCY (USDT), | ) ) | |
| | ) | |
| Defendant *in Rem*. | ) | |

### **APPLICATION FOR WARRANT FOR ARREST OF ARTICLES *in Rem*** 

The United States of America respectfully requests that the Clerk of this Court issue the attached Warrant of Arrest in Rem of its application, the United States says the following:

1. On September 26, 2022, the United States filed a complaint for civil forfeiture *in rem* in the above-referenced case, which seeks the forfeiture of 726,602.61971034 Tether Crypto Currency (USDT) ("Defendant Funds"), valued at approximately $726,602.62 in United States Currency.

2. The Defendant Funds are currently restrained and pending deposit to an account under the control of United States Secret Service.

3. Supplemental Rule G(3)(b)(i) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is in the Government's possession, custody or control, the clerk "must issue a warrant to arrest the property."

WHEREFORE, the United States respectfully requests that the Clerk of the Court issue the attached warrant of arrest *in rem*.

                              Respectfully submitted,

                              Adair F. Boroughs
                              UNITED STATES ATTORNEY

                              By:  *s/Carrie Fisher Sherard*
                              Carrie Fisher Sherard #10134
                              Assistant United States Attorney
                              55 Beattie Place, Suite 700
                              Greenville, SC 29601
                              (864) 282-2100

September 26, 2022