IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: 6-22-cv-3279-TMC |
| Plaintiff, | ) | |
| vs. | ) | |
| 726,602.61971034 TETHER CRYPTO CURRENCY (USDT), | ) | |
| Defendant *in Rem*. | ) | |

**WARRANT FOR ARREST OF ARTICLES *in Rem***

TO:  Any Marshal or other United States officer or employee authorized to execute this Warrant of Arrest In Rem:

WHEREAS, on September 26, 2022, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the District of South Carolina against 726,602.61971034 Tether Crypto Currency (USDT) ("Defendant Funds"), valued at approximately $726,602.62 in United States Currency, alleging that the Defendant Funds are subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint; and

WHEREAS, the Defendant Funds are currently restrained and pending deposit to an account under the control of United States Secret Service;

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant *in rem* for the Defendant Funds; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it, who may be a marshal or any

1

other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the Defendant Funds, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the District of South Carolina, have caused the foregoing Warrant of Arrest in Rem to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of said Court at Greenville, South Carolina, this __26th__ day of September 2022.



ROBIN L. BLUME, Clerk
United States District Court
District of South Carolina

By: _s/L. K. McAlister_____
    Deputy Clerk

**RETURN**

DATE WARRANT RECEIVED: _____

DATE AND TIME WARRANT EXECUTED: _____

SIGNATURE & TITLE: _____