IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br><br>VS.<br><br>726,602.61971034 TETHER CRYPTO<br>CURRENCY (USDT),<br>*Defendant in Rem* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C/A No.: 6:22-cv-03279-TMC |

RECEIVED
USDC, CLERK GREENVILLE, SC
2022 NOV 17  AM 11:46

## CLAIM FOR SEIZED ASSETS

Pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), this is my claim for the following seized assets that I own:

1. **Claimant Name:** Manpreet Singh

2. **Address:** 201-B Ali bin Salem Building, Umm Hurair 1, Bur Dubai, Dubai, UAE

3. **Telephone:** +971.56.7639429

4. **Description of Assets:** The seized assets are my funds, held in a Binance digital wallet, denominated in Tether (USDT) cryptocurrency, of 726,602.61971034 (valued at approximately $726,602.62 in US Dollars). The account is associated with my email address: cooldudemanpreet13@gmail.com.

5. **Interest in Seized Assets:** The above-described property belongs to me because I own it, and it was seized from me. I am the sole account owner of the digital wallet that contained the funds.

6. **Attestation and Oath:** I attest and declare under penalty of perjury under the laws of the United States of America that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct, to the best of my knowledge and belief.

[Signature follows on next page.]

Signature: *ManPreet Singh*

Name: Manpreet Singh

Date: November 16, 2022

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT